**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| ARTEMIS COFFIN, *et al.*,<br><br>    Plaintiffs<br><br>v.<br><br>BOWATER INCORPORATED, *et al.*,<br><br>    Defendants | Civil No. 03-227-P-C |

**ORDER ON JOINT MOTION REGARDING BRIEFING SCHEDULE
AND PAGE LENGTHS FOR MOTIONS FOR SUMMARY JUDGMENT**

Before the Court for action is the parties' Joint Motion Regarding Briefing Schedule and Page Lengths for Motions for Summary Judgment (Docket Item No. 117) seeking an Order of the Court establishing briefing deadlines and page limitations in respect to dispositive motions about to be filed by the parties.  After full consideration of the written motion and the assertions therein, the Court's schedule, and the Court's need to secure the completion of briefing of said motions with reasonable expedition, it is hereby **ORDERED** that the Joint Motion be, and it is hereby **GRANTED**, in part, and that the briefing schedule and page limitations for Defendants' Motion for Summary Judgment be:

- Defendants' opening brief:  30 pages      Due date:  July 1, 2005
- Plaintiffs' opposition brief:  25 pages      Due date:  July 25, 2005
- Defendants' reply brief:  12 pages      Due date:  August 17, 2005

and that the briefing schedule and page limitations for Plaintiffs' Motion for Partial Summary Judgment be:

- Plaintiffs' opening brief:  25 pages          Due date:  July 1, 2005

- Defendants' opposition brief:  25 pages    Due date:  July 25, 2005

- Plaintiffs' reply brief:  10 pages              Due date:  August 17, 2005

It is **FURTHER ORDERED** that on August 17, 2005 Plaintiffs' counsel shall file a full list of putative class members who they assert have qualified for class membership by exhausting their administrative remedies as of August 17, 2005, and they shall supplement that list on a weekly basis until the date of the entry of the Court's Opinion and Order ruling on the dispositive motions.

/s/Gene Carter
GENE CARTER
Senior U.S. District Court Judge

Dated at Portland, Maine this 1st day of July, 2005.