UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ARTEMIS COFFIN, et al.,<br>Individually and as Representatives of a class<br>of all persons similarly situated,<br><br>                            Plaintiffs,<br>v.<br><br><br>BOWATER INCORPORATED, et al.,<br><br>                            Defendants. | Civil No. 03-227-P-C |

**ORDER APPROVING ATTORNEYS' FEES**

In November 2007, Plaintiffs filed their motion for an award of statutory attorney fees from defendant Bowater in the amount of $181,755.79, which would be paid directly by Bowater and not come out of any "common fund" payment or any other form of payment of fees from the class members themselves. Shortly after Plaintiffs' fee motion was filed, the parties began discussions to determine whether they could settle the fee dispute. *See* Joint Notice to Court and Motion to Stay Briefing on Plaintiffs' Motion for Attorneys Fees (Docket No. 217). Those discussions resulted in an agreement between Bowater and the Plaintiffs according to which the Plaintiffs' counsel would be awarded $85,000, or just under half of the fees requested in the Motion.

Thereafter, class members were notified of the Plaintiffs' Fee Motion and of the proposed settlement of the Motion, and were given an opportunity to object as required by the Federal Rules. *See* Fed. R. Civ. P. 23(h). Two individuals, who are apparently class members, have filed objections with the Court in response to the notice of the

attorneys' fees settlement.[1]  The letter from Darrell E. Flanders states, in part, that he "hope[s] Bowater has to pay our union back every cent they spent trying to help us out." Docket No. 222.  The letter from Robert Lundin states "I realize after lawyer fees are subtracted we won't get much anyway but anything at this stage would be a help." Docket No. 223.  Mr. Lundin erroneously believes that the individual class members may be entitled to some of the attorneys' fees.

The Court does not find that a hearing is necessary to determine the reasonableness of the fee award in this case.  The Court has thoroughly reviewed the record in this case and **FINDS** that the agreed award of attorneys' fees in the amount of $85,000 is reasonable for the work accomplished and the result obtained in this case.  Accordingly, the Court **APPROVES** the award of Eighty-Five Thousand Dollars ($85,000) in attorneys' fees in this case.

/s/ Gene Carter
Senior U.S. District Court Judge

Dated at Portland, Maine this 18th day of April, 2008.

---

[1] None of the attorneys have notified the Court that these individuals are not class members.